IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES A. BUNN<br>d/b/a Bunn Trucking,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | ) Case No. 3:18-0651<br>) Judge Campbell/Frensley |
| NAVISTAR, INC.<br>Defendant | )<br>) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, James A. Bunn, respectfully moves for an extension of time, up to and including **August 20, 2018**, to file a response to Defendant's motion in this case. Undersigned counsel would show that co-counsel has an application for admission to practice in this court pending at this time. Undersigned counsel needs additional time for co-counsel to be admitted in order to file a thorough response upon research of the several cases attached to Defendant's motion.

Based upon the foregoing, Plaintiff requests that the deadline for filing a response to Defendant's motion be extended to **August 20, 2018**. This the first request for an extension, and this request is not made for the purpose of delay.

Respectfully Submitted,

s/ Stephen W. Pate
Stephen W. Pate (#6758)
Nathan S. Luna (#32230)
Attorneys for Plaintiff
104 N. Church Street
Murfreesboro, TN 37130
Ph: (615) 893-8920

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing is being filed via the Court's ECF system, which is expected to deliver a copy via electronic means to the following:

Eugene N. Bulso, Jr. (#12005)
Paul J. Krog (#29263)
Leader, Bulso, & Nolan, PLC
414 Union Street, Suite 1740
Nashville, TN 37219
(615) 780-4110

                                      s/ Stephen W. Pate
                                      STEPHEN W. PATE