UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES A. BUNN ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Civil Action No. 3:18-0651 |
| ) | Judge Richardson / Frensley |
| ) | |
| NAVISTAR ) | |
|     Defendant(s) ) | |

**O R D E R**

Pursuant to the pending dispositive motion, the Initial Case Management Conference previously scheduled for January 10, 2019, at 11:30 a.m., is hereby RESET for **February 27, 2019, at 10:00 a.m.** before the undersigned.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge